THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00032-MR-DLH

| | |
|---|---|
| BARBARA EWA MADER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEFFREY DEAN MARTIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 25, 2013, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by May 15, 2013. [Doc. 21]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within seven (7) days of the entry of this Order.

Signed: June 12, 2013

I**T IS SO ORDERED.**

Martin Reidinger
United States District Judge