IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 32

| | | |
|---|---|---|
| **BARBARA EWA MADER,** | ) | |
| | ) | |
|   Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| **JEFFREY DEAN MARTIN,** | ) | |
| | ) | |
|   Defendant | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Strike (#24) filed by counsel for Defendant in which Defendant seeks, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike and rescind portions of the Plaintiff's Complaint. The Motion to Strike is not supported by a brief.

LCvR 7.1(C) provides as follows:

**(C) Requirement of Briefs.** Briefs shall be filed contemporaneously with the motion, except no brief is required in support of timely motions for extension of time, continuances, admission *pro hac vice*, or early discovery. Exhibits in support of a brief shall be attached as appendices as specified in the <u>Administrative Procedures</u>. Factual contentions shall be supported as specifically as possible by citation to exhibit number and page.

Defendant has not supported his motion with a brief as required by the Local Rule and as a result, the undersigned will deny the motion without prejudice which

1

will allow Defendant to refile the Motion to Strike with a supporting brief as required by LCvR 7.1(C).

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Strike (#24) filed by Defendant is hereby **DENIED** without prejudice.

Signed: June 19, 2013

Dennis L. Howell
United States Magistrate Judge