IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv32

| | |
|---|---|
| BARBARA EWA MADER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| JEFFREY DEAN MARTIN, | ) |
| Defendant. | ) |

Pending before the Court is Plaintiff's Motion to Increase the Amount of Interrogatories [# 53]. In the Court's Pretrial Order, the Court limited each party to a maximum of twenty (20) single part interrogatories. Plaintiff requests that the Court increase the number of interrogatories to twenty-five. Plaintiff represents that Defendant consents to the requested increase in the number of interrogatives.

As a threshold matter, Plaintiff has not set forth any reason for why five additional interrogatories are necessary in this case. Moreover, the Court finds that twenty interrogatories is more than sufficient for this case. Accordingly, the Court **DENIES** the motion [# 53].

Signed: October 15, 2013

Dennis L. Howell
United States Magistrate Judge