THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00032-MR-DLH

BARBARA EWA MADER,           )
                             )
            Plaintiff,       )
                             )
      vs.                    )      **O R D E R**
                             )
JEFFREY DEAN MARTIN,         )
                             )
            Defendant.       )
_____ )

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment [Doc. 61], filed January 3, 2014.

The deadline for the filing of dispositive motions expired on January 1, 2014. The Plaintiff previously moved for an extension of this deadline [Doc. 58], but this motion was denied [Doc. 59]. Accordingly, the Plaintiff's Motion for Summary Judgment is untimely.

Additionally, the Plaintiff failed to include a supporting brief with her motion, in violation of Local Civil Rule 7.1(C).[1] For all of these reasons, the Plaintiff's Motion for Summary Judgment is denied.

---

[1] The Motion states that it is being filed along with a memorandum and law and various exhibits [Doc. 61 at 2]; however, no other documents other than the Motion itself were filed with the Court.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 61] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 10, 2014

Martin Reidinger
United States District Judge