# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00032-MR-DLH

| | |
|---|---|
| BARBARA EWA MADER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEFFREY DEAN MARTIN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Mediator's Report advising that this matter has been completely settled. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal. [Doc. 63].

Attached to the Mediator's Report is a "Petitioner and Order for Relief from Obligation to Pay Mediator's Fee," which appears to be a motion by the Plaintiff seeking relief from the obligation to pay a share of the Mediator's fee.[1] [Doc. 63-1]. Pursuant to the Local Rules of this Court, any attorney who seeks to be certified as a mediator in this District must agree to waive payment of fees from parties found by the Court to be indigent.

---
[1] The attachment of this Petition to the Mediator's Report is in violation of Local Rule 7.1(C)(2), which requires motions to be set forth in separately filed pleadings.

The Court previously determined the Plaintiff to be indigent. [See Doc. 3]. As such, the Plaintiff is not obligated to pay a share of the Mediator's fee and therefore this request is moot.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Plaintiff's "Petitioner and Order for Relief from Obligation to Pay Mediator's Fee" [Doc. 63-1] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**  Signed: February 5, 2014

Martin Reidinger
United States District Judge